## L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name  Veronica Yvette Commock          Case No.  4:19-BK-13712

Address 4594 Jasmine Drive, Center Valley, PA 18034   Chapter of Case  7

Telephone Number (home) (610) 351-4362          Date Case Filed  June 7, 2019

Telephone Number ▮▮▮ Cell Phone:(201) 739-2175

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   N/A

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   N/A

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
   YES     NO     (circle one)

4. Were various chapters or types of bankruptcy explained to you?
   YES     NO     (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
   YES     NO     (circle one)

FILED 2019 JUN 18 AM 11:41 U.S. BANKRUPTCY COURT

6. Did the preparer give you a copy of the papers he prepared for you?

YES        NO    (circle one)

I consulted with bankruptcy attorney, J. Zac Christman, Esq., who explained the two (2) personal bankruptcy Chapters (7 & 13) to me, reviewed the bankruptcy forms I had completed, suggested some corrections and advised me 1) I did not qualify for Chapter 13, based on the Means Test and my special circumstances and 2) I could file my bankruptcy forms/package Pro Se. I paid Mr. Christman a fee of two hundred and fifty dollars ($250) by check. I made corrections to and updated my bankruptcy forms using the Fastcase BK computer software program.

Date: 6-14-19                                    _____[signature]_____