Certificate Number: 14912-PAE-DE-033017123

Bankruptcy Case Number: 19-13712



14912-PAE-DE-033017123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 24, 2019</u>, at <u>10:02</u> o'clock <u>PM EDT</u>, <u>Veronica Commock</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.



Date:  June 24, 2019          By:   /s/Jai Bhatt

                              Name: Jai Bhatt

                              Title: Counselor