Veronica Y. Commock
4594 Jasmine Drive
Center Valley, PA. 18034
(610) 351-4362

July 1, 2019

**VIA CERTIFIED MAIL**

United States Bankruptcy Court
Eastern District of Pennsylvania
400 Washington Street
Madison Building
Reading, PA  19601

    Re:    **Case Number: 4:19-BK-13712**

Dear Sir/Madam:

    With reference to the above-mentioned case number, I am writing to notify you that the Notice that was sent to one of my creditors: Sundance Vacations, d/b/a Traveler's Advantage at 777 Terrace Avenue, Hasbrouck Heights, NJ. 07604-3123 was returned by the Post Office for insufficient address.

    I called the company and have been informed by them that the new address is: P.O. Box PMB, 311-672 Old Mill Road, Millersville, MD. 21108.

    Please update the mailing matrix for this case with the new corrected address and mail an Official Notice of Bankruptcy to them.

    In addition, I am enclosing a United States Bankruptcy form with updated addresses for Paypal Credit and Staples Credit, for filing with the Court.  Please update the mailing matrix.

    Thank you for your assistance.

Sincerely,

*[signature]*

Veronica Y. Commock
Debtor – Pro Se

Notice of Undeliverable Mail to Debtor

June 12, 2019

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Veronica Yvette Commock, Case Number 19-13712, jkf

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court
Reading
400 Washington Street
Suite 300
Reading, PA 19601**

Undeliverable Address:
Nelnet, Inc.PO Box 659728 Lincoln,NE 659728

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

NELNET, INC.    P. O. Box 82561, LINCOLN, NE 68501

Undeliverable Address:
PayPal CreditPO Box 71202 Charlotte,NC 28272-1202

Reason Undeliverable: INCOMPLETE ADDRESS

1

THE UPDATED ADDRESS IS:

PAYPAL CREDIT - P.O. BOX 5138, TIMONIUM, MD 21094 - LEGAL DEPT. - 2211 NORTH FIRST ST., SAN JOSE CA 95131

Undeliverable Address:
Staples Credit PlanPO Box 6403 Sioux Falls,SD 5711

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

STAPLES CREDIT, P.O. BOX 78014, PHOENIX, AZ 85062-8014

_____    July 1, 2019
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

014856    26210014870027