United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 19-13712-jkf
Veronica Yvette Commock                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR           Page 1 of 1              Date Rcvd: Sep 27, 2019
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db              +Veronica Yvette Commock,    4594 Jasmine Drive,   Center Valley, PA 18034-8506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD     on behalf of Creditor   MEB Loan Trust bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
          LYNN E. FELDMAN     trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 7

Veronica Yvette Commock                             : Case No. 19−13712−jkf
         Debtor(s)


### *ORDER*

───────────────────────────────────────

    AND NOW, this day , September 27, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                   By The Court

                                   Jean K. FitzSimon
                                   Judge , United States Bankruptcy Court


                                                                        27
                                                                        Form 195