<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

November 4, 2019

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Veronica Yvette Commock, Case Number 19-13712, jkf

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS <u>**ONLY IF**</u> YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Reading
400 Washington Street
Suite 300
Reading, PA 19601</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Allied Interstate, LLC (Collector For JC
Collector For JCPenny Credit Card
PO Box 361445
Columbus, OH 43236-1445

THE UPDATED ADDRESS IS:

ALLIED INTERSTATE INC
HEADQUARTERS
12755 HIGHWAY 55 - STE 300
MINNEAPOLIS, MN 55441-4676

_____        11-13-19
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

009433                                                                4090700944 2010